IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                              CHARLOTTE DIVISION
                       DOCKET NO.: 3:12-CR-239-GCM-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| DENETRIA MYLES, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** upon Defendant's "Motion To Adopt Response In Opposition To Motion In Limine" (Document No. 373) filed October 3, 2013. After careful consideration of the motion, the undersigned with grant the motion.

**IT IS THEREFORE ORDERED** that Defendant's "Motion To Adopt Response In Opposition To Motion In Limine" (Document No. 373) is hereby **GRANTED**.

Signed: October 7, 2013

David C. Keesler
United States Magistrate Judge