# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Docket No. 3:12-CR-239 |
| | ) |
| NATHAN SHANE WOLF (16) | ) |
| DENETRIA MYLES (24) | ) |
| _____ | ) |

## ORDER

**THIS MATTER** is before the Court on the Defendant Nathan Wolf's Motion for New Trial and Renewed Motion for Judgment of Acquittal (Doc. No. 403), the Government's Response in Opposition (Doc. No. 412), and Defendant Wolf's Reply (Doc. No. 423). The Court held a hearing on this matter on January 30, 2014 in the Charlotte Division. The Court has considered the parties' filings and exhibits, as well as all of the evidence and arguments presented at the hearing. For the reasons stated at the hearing, Defendant Wolf's Motion is **DENIED**.

Also before the Court is Defendant Denetria Myles' Motion to Adopt the Motion of Co-Defendants. As Defendant Myles is currently unrepresented, the Court will reserve judgment on her motion until she is appointed counsel.

**THEREFORE, IT IS ORDERED** that Defendant Wolf's Motion for New Trial and Renewed Judgment of Acquittal (Doc. No. 403) is **DENIED**. The Clerk is ordered to certify copies of this Order to the Marshals, Probation, the Government, the Defendant, and the Bureau of Prisons.

**SO ORDERED.**

Signed: January 30, 2014

Graham C. Mullen
United States District Judge