**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 3:12-CR-239 |
| | ) | |
| vs. | ) | |
| | ) | |
| DENETRIA MYLES (24) | ) | |
| | ) | |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion to Adopt Motion for New Trial by Co-Defendant (Doc. No. 404). On November 7, 2013, Defendant Myles requested to join a Motion for New Trial filed by Defendant Nathan Wolf (Doc. No. 403). The Court held a hearing on Wolf's motion on January 30, 2014 and denied his motion on the same day (Doc. No. 483).[1] In an abundance of caution, the Court reserved judgment on Defendant Myles' Motion to Adopt, as she was unrepresented at the time. Since that time, Defendant Myles has obtained new counsel. As such, having denied the motion that Defendant Myles sought to join, the Court will **TERMINATE** her Motion (Doc. No. 404) as **MOOT**.

**SO ORDERED.**

Signed: May 30, 2014

Graham C. Mullen
United States District Judge

---

[1] The Court notes that Defendant Wolf's Motion for New Trial was premised almost entirely on his advice of counsel defense presented at trial. Defendant Myles presented no such defense.