UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-713-GCM
(3:12-cr-239-24)

| | |
|---|---|
| DENETRIA MYLES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Petitioner's "Motion to Vacate Conviction" under 28 U.S.C. § 2255 (Doc. No. 1). Petitioner filed the petition on December 19, 2014. Defendant has yet to be sentenced and no judgment has been entered in this case. As such, her petition is premature. The Court will, therefore, dismiss the motion to vacate without prejudice. Petitioner is free to file another petition after she has been sentenced and judgment has been entered in her criminal case.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Vacate is **DISMISSED** without prejudice as premature. The Clerk of Court is directed to send a copy of this order to Petitioner and close this civil case.

**SO ORDERED.**

Signed: January 7, 2015

Graham C. Mullen
United States District Judge