IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CR-239-GCM-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | <u>ORDER</u> |
|  | ) |  |
| DENETRIA MYLES, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 1259) filed by Mark Edwards, concerning Jeremy Brian Gordon on December 29, 2016. Mr. Jeremy Brian Gordon seeks to appear as counsel *pro hac vice* for Defendant Denetria Myles. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 1259) is **GRANTED.** Mr. Jeremy Brian Gordon is hereby admitted *pro hac vice* to represent Defendant Denetria Myles.

**SO ORDERED**.

Signed: December 29, 2016

David C. Keesler
United States Magistrate Judge