UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-239-GCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DENETRIA MYLES          (24) | ) | |

**THIS MATTER IS BEFORE THE COURT ON THE MOTION** for Judicial

Recommendation Regarding Length of RRC Placement [doc. #1282].

For the reasons stated in the motion, **IT IS ORDERED** that the motion is GRANTED

and the Court RECOMMENDS that the Bureau of Prisons place defendant Myles in a

Residential Reentry Center during the last twelve months of her sentence.

**IT IS SO ORDERED**.

Signed: March 8, 2018

Graham C. Mullen
United States District Judge