# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:12-CR-00239-GCM-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| DENETRIA MYLES, | |
| Defendant. | |

**THIS MATTER** comes before the Court on Defendant Denetria Myles' pro se Motion for Early Termination of Supervised Release (ECF No. 1347). Myes' probation officer recommends against granting the motion, citing a lack of forthcomingness from Myers related to her employment and financial statuses.

Title 18, United States Code, Section 3583 authorizes a court to terminate a term of supervised release after one year when the action is "warranted by the conduct of the defendant released and the interests of justice." 18 U.S.C. § 3583(e)(1). The Court will decline to do so at this time. Having considered the § 3553(a) factors, the Court is not satisfied that the conduct of the defendant warrants early termination, or that the interests of justice would be served by early termination.

**IT IS THEREFORE ORDERED** that Defendant's motion is **DENIED**.

**SO ORDERED.**

Signed: October 5, 2021

Graham C. Mullen
United States District Judge